Keith Harris, Esq. (KH 4604)
Braff, Harris, Sukoneck & Maloof
570 W Mount Pleasant Ave., Suite 200
Livingston, NJ 07039
Ph: (973) 994 6677
Email: kharris@bhsm-law.com

John P. Fuller, Esquire, *pro hac vice pending*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
Ph: (305) 891-5199
Email: jpf@fullerfuller.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## TRENTON DIVISION

| | |
|---|---|
| **THE INDEPENDENCE PROJECT, INC.**, a New Jersey Non Profit Corporation, and **RONALD MOORE**, Individually, | |
| Plaintiffs, | Case No.: |
| vs. | 3:18-cv-15048-FLW-LHG |
| **JCR MANAGEMENT SERVICES INC.**, a New Jersey Corporation; and **SHORE POINT PLAZA LLC**, a New Jersey Limited Liability Company, | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL
*(as to Defendant, JCR Management Services Inc.)*

**COMES NOW** Plaintiffs, THE INDEPENDENCE PROJECT, INC., a New Jersey Non-Profit Corporation, and Ronald Moore, Individually, by and through undersigned counsel, and herein file this Notice of Voluntary Dismissal as to Defendant, JCR Management Services Inc., a New Jersey Corporation. Nothing herein shall affect the lawsuit against Defendant, Shore Point

Plaza LLC, a New Jersey Limited Liability Company.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 7th day of November, 2018, the Notice of Voluntary Dismissal has been electronically filed with the Court via the CM/ECF system, and hereby served via Regular US Mail to Defendant, JCR Management Services, Inc., c/o Registered Agent, John C. Roberts, 1611 Beaver Dam Road, Point Pleasant, NJ 08724.

_____
Keith Harris, Esq. (KH 4604)