UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

THE INDEPENDENCE PROJECT, INC., a New :
Jersey Non Profit Corporation, and RONALD :
MOORE, Individually, :
 :
        Plaintiffs, :  Case No.:
 :  3:18-cv-15048-FLW-LHG
vs. :
 :
JCR MANAGEMENT SERVICES INC., a New :
Jersey Corporation; and SHORE POINT PLAZA :
LLC, a New Jersey Limited Liability Company, :

        Defendant.
_____/

## ORDER DISMISSING CASE BETWEEN PLAINTIFFS AND DEFENDANT, JCR MANAGEMENT SERVICES INC.

**THIS CAUSE** came before this Court on the Notice of Voluntary Dismissal filed by the Plaintiffs, The Independence Project, Inc. and Ronald Moore against Defendant, JCR Management Services Inc.

After reviewing the Plaintiff's Notice of Voluntary Dismissal and being otherwise advised in the premises, it is otherwise;

**ORDERED AND ADJUDGED:**

1. That Defendant, JCR Management Services Inc., is dismissed from this action without prejudice, pursuant to Plaintiffs' Notice of Voluntary Dismissal.

2. The subject action continues between the Plaintiffs, The Independence Project, Inc.

and Ronald Moore and Defendant, Shore Point Plaza LLC, a New Jersey Limited Liability Company.

**DONE AND ORDERED** in chambers this 8th day of November, 2018.

*/s/ Freda L. Wolfson*

Freda L. Wolfson, U.S.D.J.

cc: Counsel of Record