UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

THE INDEPENDENCE PROJECT, INC., a
New Jersey Non-Profit Corporation, and
RONALD MOORE, Individually,

        Plaintiffs,                            Case No.: 3:18-cv-15048-FLW-LHG

vs.

SHORE POINT PLAZA LLC, a New Jersey
Limited Liability Company,

        Defendant.
_____/

**PLAINTIFFS' NOTICE OF FILING
RECEIPT OF COMPLAINT FOR SERVICE
BY THE STATE OF NEW JERSEY,
DEPARTMENT OF THE TREASURY**

    COMES NOW the Plaintiffs, The Independence Project, Inc., a New Jersey Non-Profit Corporation, and Ronald Moore, Individually, by and through their undersigned attorneys, and hereby files the Receipt of Complaint for Service by the State of New Jersey, Department of the Treasury attached hereto as **Exhibit A.**

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this **24**<sup>th</sup> day of **September, 2020**, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF System.

                                      Respectfully Submitted,

                                      **/s/Keith Harris**
                                      Keith Harris, Esq. (KH 4604)
                                      Braff, Harris, Sukoneck& Maloof, P.A.
                                      570 W Mount Pleasant Ave., Suite 200
                                      Livingston, N.J. 07039
                                      Telephone: (973) 994-6677
                                      Facsimile:  (973) 994-1296
                                      kharris@bhsm-law.com
                                      and

John P. Fuller, Esq.*, pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
jpf@fullerfuller.com
*Attorneys for Plaintiffs*