

**STATE OF NEW JERSEY**
*DEPARTMENT OF THE TREASURY*
*DIVISION OF REVENUE AND ENTERPRISE SERVICES*
*BUSINESS SUPPORT SERVICES*
*PO BOX 308*
*TRENTON, NJ 08646*

August 28, 2020

John P Fuller, Esq.
Fuller, Fuller & Associates P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181

RE: 3:18-Cv-1548-Flw-Lhg

      The Independence Project Inc   (Plaintiff)
VS:  Shore Point Plaza Llc  (Defendant)

Dear Sirs:

This is to acknowledge our receipt of the above listed complaint. We will attempt to serve the complaint on the defendant in accordance with NJSA 2A: 15-30.1.

Very truly yours,

*[signature]*

Elizabeth Maher Muoio
State Treasurer

STATE OF NEW JERSEY
DEPARTMENT OF TREASURY
PO BOX 303
TRENTON, NEW JERSEY 08625-0303

RETURN SERVICE REQUESTED

33181$2725 C064



U.S. POSTAGE >> PITNEY BOWES

ZIP 08628 $ 000.50⁰
02 4W
0000369701 SEP 15 2020