UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE INDEPENDENCE PROJECT, INC., a New Jersey Non-Profit Corporation and RONALD MOORE, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>SHORE POINT PLAZA LLC,<br><br>Defendant. | Civil Action No. 18-15048 (FLW) (LHG) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiffs and Defendant, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned mater be dismissed with prejudice and without costs.

Respectfully submitted,

| | |
|---|---|
| **MEYNER AND LANDIS LLP**<br>Attorneys for Defendant<br>*Shore Point Plaza LLC* | **BRAFF, HARRIS & SUKONECK**<br>Attorneys for Plaintiffs<br>*The Independence Project, Inc., a New Jersey Non-Profit Corporation and Ronald Moore, Individually* |
| By: */s/ Matthew P. Dolan*<br>    Matthew P. Dolan, Esq. | By: _____<br>    Keith Harris, Esq. |
| DATED:    November 10, 2021 | DATED:    November 10, 2021 |